In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00135-CV

                                                ______________________________

 

 

      EAGLE LANDING HOMEOWNERS ASSOCIATION, INC.,
Appellant

 

                                                                V.

 

                                              DALE LYLES, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Fifth
Judicial District Court

                                                              Cass County, Texas

                                                          Trial Court
No. 09-C-310

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Eagle
Landing Homeowners Association, Inc., the sole appellant in this case, has
filed a motion seeking to dismiss its appeal. 
Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his
motion is granted.  Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          January
25, 2012

Date Decided:             January
26, 2012






force.  A case becomes moot if a controversy ceases
to exist between the parties at any stage of the legal proceedings, including
the appeal.  Allstate Ins. Co. v. Hallman, 159 S.W.3d 640, 642 (Tex. 2005).

            We
dismiss this appeal as moot.

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          December
19, 2011     

Date Decided:             December
20, 2011











[1]Counsel’s
discussion of the relief sought in this appeal appears to seek relitigation of
the division of property, based on allegations that appellee lied or misstated
facts at trial and that the trial court erred in determining where a particular
sum of money had been deposited.  The
discussion is not directed at the issue stated in the brief.  The brief also contains no argument directed
at the stated issue and no citation to any supporting authority, in violation
of Rule 38 of the Texas Rules of Appellate Procedure.  See
Tex. R. App. P. 38.